IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff | §<br>§<br>§ | |
| VS. | §<br>§<br>§<br>§ | 4:16-CR-00170-5 |
| AYISHA KHURRAM,<br>　　Defendant | §<br>§ | |

**ORDER FOR ADJUDICATION OF INTEREST IN PROPERTY**
**1903 Rosewood Ln., Sugar Land, TX**
**Williams School Road, Needville, TX**

On this day, came on to be considered the First Amended Petition of Wharton County Jr. College District, Fort Bend County Drainage District, Fort Bend County General Fund, Fort Bend Emergency Services District #6, and City of Sugar Land ("Taxing Authorities"), for adjudication of interest in property. The Court is of the opinion that the Petition states sufficient facts to support the Taxing Authorities interest in the property as a valid interest not subject to forfeiture.

It is therefore, ORDERED that the interest of City of Sugar Land, Fort Bend County Drainage District, and Fort Bend County General Fund in the property located at 1903 Rosewood Ln., Sugar Land, Texas is valid and the Government shall pay the ad valorem taxes, penalty and interest assessed on the property through the date of a final order of forfeiture together with interest as allowed by law. It is further;

ORDERED that the interest of that the interest of Wharton County Jr College District, Fort Bend County Drainage District, Fort Bend County General Fund, Fort Bend Emergency Services District #6 in the property located at Williams School Road, Needville, Texas is valid and the Government shall pay the ad valorem taxes, penalty and interest assessed on the property through the date of a final order of forfeiture together with interest as allowed by law.

_____  
Judge

6-21-18  
Date